NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT WEBB, JR.,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2022-1695

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-8681, Judge Joseph L. Falvey, Jr.

---

**O R D E R**

The parties having so agreed,

IT IS ORDERED THAT:

(1) The above-captioned appeal is dismissed under Fed. R. App. P. 42(b).

 (2) Each side shall bear their own costs.


FOR THE COURT

August 22, 2023          /s/ Jarrett B. Perlow
        Date             Jarrett B. Perlow
                         Clerk of Court


**ISSUED AS A MANDATE:** August 22, 2023